IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MICHAEL CHAMBERS, )
)
      Petitioner, )
)
v. ) Civil Action No. 06-771-JJF
)
RAPHAEL WILLIAMS, )
Warden, and ATTORNEY )
GENERAL OF THE STATE OF )
DELAWARE, )
)
      Respondents. )

FILED JAN 25 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**AEDPA ELECTION FORM**

1. _____ I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. ✓ I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____ I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for

federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*Michael Chambers*
Petitioner

WILMINGTON DE 197
24 JAN 2007 PM 1 T

Office of the Clerk
United States District Court, Lockbox 18
844 N. King Street,
Wilmington, Delaware, 19801

[return address, handwritten:]
[ell] Chambers 246-Del
Box 9561
De. 19809