D.I. #_____

# CIVIL ACTION
# NUMBER:       06 CV 771   JJF

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.59 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.84 |

Postmark Here

06 CV 771 JJF

Sent To: LOREN MEYERS
Street, Apt. No.; or PO Box No.: DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

7005 1820 0004 3169 7319

PS Form 3800, June 2002          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.59 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.84 |

Postmark Here

06CV771 JJF

Sent To: WARDen Raphael Williams
Street, Apt. No.; or PO Box No.: c/o Howard Young Corr. Inst.
P.O. Box 9561
City, State, ZIP+4: Wilm DE 19809

7005 1820 0004 3169 7302

PS Form 3800, June 2002          See Reverse for Instructions