United States District Court

For the District of Delaware

## Acknowledgement of Service Form
### For Service By Return Receipt

Civil Action No. _06 cv 771 JJF_

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

---

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

    LOREN MEYERS
    DEPUTY ATTORNEY GENERAL
    DEPARTMENT OF JUSTICE
    820 N. FRENCH STREET
    WILMINGTON. DE  19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                                  ☐ Addressee

B. Received by (*Printed Name*) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
  ☒ Certified Mail  ☐ Express Mail
  ☐ Registered  ☐ Return Receipt for Merchandise
  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

2. Article Number
  (Transfer from service label)    7005 1820 0004 3169 7319

                                          06 cv 771 JJF

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



Scanned

FILED

APR 17 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE