**United States District Court**

**For the District of Delaware**

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _06 CV 777 JJF_

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____ ☐ Agent  ☐ Addressee  B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:  WARDEN Raphael Williams  Howard Young Corr. Inst.  P.O. Box 9561  Wilm. DE 19809 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No  APR 17 2007  USPS - 19809 |
| | 3. Service Type  ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.  4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number  (Transfer from se_____   7005 1820 0004 3169 7302 | 06 CV 771 JJP |
| PS Form 3811, August 2001    Domestic Return Receipt | 102595-02-M-1540 |



(Un Scanned)
**FILED**
APR 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE