IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL CHAMBERS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-771-JJF |
| | : | |
| **RAPHAEL WILLIAMS**, | : | |
| Warden, and **JOSEPH R. BIDEN, III**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following Delaware Superior Court documents in case ID No. 0311009491A have been manually filed with the Court and are available in paper form only:

    a. Criminal Docket

    b. Motion for a New Trial and/or Acquittal of Judgment (Dkt Item 37)

    c. Letter Order (Jan. 11, 2007) (Dkt Item 43)

    d. Letter Order (Jan. 23, 2007) (Dkt Item 45)

    e. Sentence Order (Jan. 26, 2007) (Dkt Item 49).

2. Notice is also hereby given that copy of the letter dated January, 18, 2006, with attachments, from Patricia F. Thompson, Records Specialist II, Pennsylvania Department of Corrections to Attorney General Carl C. Danberg.

/s/ Elizabeth R. McFarlan
Deputy Attorney General (Del. Bar. ID #. 3759)
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
elizabeth.mcfarlan@state.de.us

May 31, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 31, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on May 31, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

>Michael D. Chambers
>SBI #246261
>Young Correctional Institution
>P.O. Box 9561
>1301 East 12th Street
>Wilmington, DE 19809

>/s/ Elizabeth R. McFarlan
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 3759
>elizabeth.mcfarlan@state.de.us