06-771 (JJF)　　　　　　9·6·07

To whom it may concern, I'm writing in reference to the status of the Writ of Habeas Corpus under 28 U.S.C. 2254 that I filed in this court. I recieved a Docket from this court but it appeared to be no documented fileing on the Docket sheet I recieved on July 8, 2007. I'm requesting to know the Judge that will be handeling this particular case and the status of this case. Michael Chambers V. Warden Raphee Williams Howard R. Young Correctional Institution, Carl Danberg, Attorney General of Delaware Et Al. I'm asking to recieve a docket sheet of all filing's pertaing to this case.

　　　　　　　　　　Thank You
　　　　　　　　　　Michael Chambers



FILED
SEP 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Name: Michael Chambers
Number: GB9667
Unit/Side: BA
10745, Route 18
Albion, PA 16475-0002

INMATE MAIL
PA DEPT OF
CORRECTIONS

US POSTAGE $00.41⁰ SEP 10 2007
MAILED FROM ZIP CODE 16401

U.S.M.S.
X-RAY

Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm, DE. 19801