OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 18, 2007

TO: Michael D. Chambers
    SBI# 246261
    SCI-Albion
    10745, Route 18
    Albion, PA 16475-0002

*RE: Status of 06-771(JJF)*

Dear Mr. Chambers:

    This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Joseph J. Farnan, Jr., and is pending before the Court. You will be advised by the Court as to further developments in your case. Enclosed is a courtesy docket sheet.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: Docket Sheet