IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL CHAMBERS, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 06-771-JJF |
| | : | |
| RAPHAEL WILLIAMS, | : | |
| Warden, and ATTORNEY | : | |
| GENERAL OF THE STATE | : | |
| OF DELAWARE, | : | |
| | : | |
| Respondents. | : | |

**O R D E R**

Petitioner filed a § 2254 Petition for federal habeas relief asserting four grounds for relief. (D.I. 1.) Respondents filed a Response in May 2007 arguing that the Petition should be denied as procedurally barred due to Petitioner's failure to present his claims to the Delaware Supreme Court on direct appeal or on post-conviction appeal. (D.I. 10.) Soon thereafter, Petitioner filed in the Delaware Superior Court a Rule 61 motion for post-conviction relief, which the Superior Court summarily denied in July 2007. See State v. Chambers, 2007 WL 19872788 (Del. Super. Ct. July 9, 2007). The Court cannot review the instant Petition without further information regarding Petitioner's state court proceedings. Therefore, no later than January 4, 2008, Respondents shall: (1) supplement the state court record with the most recent Delaware Superior Court Criminal Docket involving Petitioner's case; (2) supplement the state court record with any state court decisions issued after May 17, 2007 that may be

relevant to the instant proceeding; and (3) inform the Court in writing the effect, if any, such state court proceedings have on the instant Petition.

January 3, 2008
DATE

Joseph J. Farnan
UNITED STATES DISTRICT JUDGE