IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL CHAMBERS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-771-JJF |
| | : | |
| **RAPHAEL WILLIAMS**, | : | |
| Warden, and **JOSEPH R. BIDEN, III**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF SUPPLEMENTAL STATE COURT RECORDS**

Notice is hereby given that copies of the Delaware Supreme Court Docket in No. 312, 2007, the Delaware Superior Court Criminal Docket in case ID No. 0311009491A, and the Order dated July 9, 2007 in *State v. Chambers*, Del. Super. Ct. ID No. 0311009491A have been manually filed with the Court and are available in paper form only.

/s/ Elizabeth R. McFarlan
Deputy Attorney General (Del. Bar. ID #. 3759)
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
elizabeth.mcfarlan@state.de.us

January 10, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2008, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on January 10, 2008, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Michael D. Chambers
    SBI #246261
    Young Correctional Institution
    P.O. Box 9561
    1301 East 12th Street
    Wilmington, DE 19809

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us