IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL CHAMBERS, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 06-771-JJF |
| RAYMOND SOBINA, Acting Warden, SCI Albion, and JOSEPH R. BIDEN, III, Attorney General of the State of Delaware, | : |
| Respondents. | : |

**O R D E R**

At Wilmington, this ___ day of February, 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Michael Chambers' Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1.) is **DISMISSED WITHOUT PREJUDICE**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE